UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   CLIFFORD J BROOKS

CASE NO. 07 B 04117

CHAPTER 13

JUDGE: BRUCE W BLACK

   Debtor  
SSN XXX-XX-7227

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/08/07 and confirmed on 07/18/07.

2. The case was dismissed after confirmation, 01/25/2008.

3. The Debtor paid a total of $   2655.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 4512.30 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1114.23 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 828.18 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| MIDWESTERN FINANCIAL COR | UNSECURED | 12036.48 | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1083.20 | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 435.81 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 20010.20 | .00 | 20010.20 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PATRICK A MESZAROS          , was allowed $   3000.00 and was paid $    2565.45 .

The Trustee received $     89.55 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 04/11/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```